UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00574-MOC-DSC

| | |
|---|---|
| ERIC PLANT, LLC <br> ERIC PLANT, <br><br> Plaintiffs, <br><br> Vs. <br><br> MICHAEL H. WHITTAKER <br> DAVID BRINE <br> RAPID EPS LIMITED, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) ORDER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER** is before the Court on defendants' Motion to Dismiss. Having considered defendants' motion and reviewed the pleadings, and it appearing that the stay has dissolved based on Judge Cayer's resolution of the Motion to Amend, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Dismiss (#2) be calendared for oral arguments.

Signed: February 11, 2019

Max O. Cogburn Jr.
United States District Judge

-1-