UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00574-MOC-DSC

| ERIC PLANT, LLC | ) | |
| ERIC PLANT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MICHAEL H WHITTAKER | ) | |
| DAVID BRINE | ) | |
| RAPID EPS LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on plaintiffs' Objection to the Magistrate Judge's Order, which denied plaintiffs' Motion for Leave to Amend, and on defendants' Motion to Dismiss. After *de novo* review and a hearing, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' Objection to Magistrate Judge's Decision (#21) is **SUSTAINED**, plaintiffs' Motion for Leave to Amend (#15) is **GRANTED**, and defendants' Motion to Dismiss (#2) is **DENIED** without prejudice as moot. Plaintiffs are granted leave to file an Amended Complaint within 7 days of this Order. Defendants shall have 14 days to Answer or otherwise respond to that pleading.

Signed: March 13, 2019

Max O. Cogburn Jr
United States District Judge